UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEPO HERD EL, a/k/a,<br>PEPO WAMCHAWI HERD,<br><br>    Defendant | MBD No. 20-91707-FDS |

ORDER EXCLUDING TIME
FROM THE RUNNING OF THE SPEEDY TRIAL CLOCK

For the reasons stated, the government's motion to exclude time from the running of the speedy trial clock is hereby granted. All time between November 27, 2020 and February 28, 2021 is hereby excluded from the time in which an indictment or information must be filed or this matter must be tried, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 3161(h)(1)(D), 3161(h)(1)(F), and 3161(h)(7)(B)(iv), without prejudice to the filing of a renewed motion.

SO ORDERED.

Date: 1/8/2021              By: */s/ F. Dennis Saylor*
                                F. Dennis Saylor IV
                                Chief Judge, United States District Court